FILED
GREAT FALLS

2012 APR 9 PM 12 12

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| SHAWN T. DAMON, | CV 12-14-GF-SEH |
| Plaintiff, | **ORDER** |
| vs. | |
| BRUCE MCDERMOTT, JUDGE JULIE MACEK, JOHN OPARKER, ATTORNEY GENERAL STEVE BULLOCK, BRANT LIGHT, SCOTT FOSTER, JUDGE KENNETH NEILL, JUDGE THOMAS MCKITTRICK, JUDGE DIRK SANDEFUR, | |
| Defendants. | |

United States Magistrate Judge Keith Strong entered Findings and

Recommendations[1] on March 14, 2012. Plaintiff filed Objections[2] on April 3,

---

[1] Document No. 6.

[2] Document No. 10.

2012. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, and full consideration of the objections, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Complaint[3] is DISMISSED for failure to state a claim.

2. Plaintiff's Motion to Amend Complaint[4] is DENIED as moot.

3. Any appeal of this disposition will not be taken in good faith, as the Complaint lacks arguable substance in law or fact. Fed. R. App. 24(a)(3)(A).

4. The Clerk of Court is directed to close this matter and enter judgment under Fed. R. Civ. P. 58 in favor of Defendants and against Plaintiff.

DATED this 7th day of April, 2012.

SAM E. HADDON
United States District Judge

---

[3] Document No. 2.

[4] Document No. 11.